**Order entered September 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00284-CV

**TOYOTA MOTOR SALES, U.S.A., INC., ET AL., Appellants**

**V.**

**BENJAMIN THOMAS REAVIS, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER

Before the Court is the September 16, 2019 third request of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. Ms. Dobbins states that this is her final extension request. We **GRANT** the request and extend the time to **September 30, 2019**. We caution Ms. Dobbins that further extension requests will be strongly disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to court reporters Ms. Dobbins, Tina Thompson, Stephanie Moses, Kimberly Xavier, LaToya Young-Martinez, Lanetta Williams, and all parties.

/s/    KEN MOLBERG
JUSTICE